# United States District Court
## *Southern District of Georgia*

Maurice Newton

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: CV406-186

Drummac Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order dated 4/18/07, Judgment of dismissal is hereby

entered dismissing this action.

| | |
|---|---|
| 4/18/07 | Scott L. Poff |
| *Date* | *Clerk* |
| | *Erika Bacon* |
| | *(By) Deputy Clerk* |